STEPHEN M. HAYES, ESQ. (SBN 83583)
TYLER R. AUSTIN, ESQ. (SBN 293977)
HAYES SCOTT BONINO
ELLINGSON & GUSLANI LLP
333 Twin Dolphin Drive, Suite 230
Redwood City, CA 94065
Telephone: (650) 637-9100
Facsimile: (650) 637-8071

Attorney for Defendants
BEAZLEY INSURANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPOWER FINANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEAZLEY INSURANCE COMPANY, INC., <br><br> Defendant. | **CASE NO. 3:23-CV-06080 LJC** <br><br> **STIPULATION AND REQUEST TO EXTEND DEFENDANT BEAZLEY INSURANCE COMPANY, INC.,'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** <br><br> **Complaint Filed: November 22, 2023** |

2066012

**STIPULATION AND REQUEST TO CONTINUE DEFENDANT'S RESPONSIVE FILING TO PLAINTIFF'S COMPLAINT – CASE NO. 3:23-CV-06080 LJC**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

By and through their respective counsel of record, Defendant, Beazley Insurance Company, Inc. ("Beazley") and Plaintiff, Empower Finance, Inc. ("Empower") hereby stipulate as follows:

WHEREAS, Empower filed their Complaint in this matter on November 22, 2023;

WHEREAS, the Complaint was served on Beazley on or around November 29, 2023;

WHEREAS, according to Federal Rule of Civil Procedure 12(a)(1), the deadline for Beazley to file a response to the Complaint is December 20, 2023;

WHEREAS, Empower and Beazley have agreed that the deadline for Beazley to file a responsive pleading will be extended to January 26, 2024;

NOW THEREFORE, Empower and Beazley hereby stipulate and request that the Court enter an order consistent with the following:

The deadline for Beazley to file a response to the complaint shall be extended from December 20, 2023 to January 26, 2024;

**IT IS SO STIPULATED.**

Dated:  December 19, 2023        HAYES SCOTT BONINO
                                 ELLINGSON & GUSLANI LLP


                                 By:     /s/ *Tyler R. Austin*
                                     STEPHEN M. HAYES
                                     TYLER R. AUSTIN
                                     Attorneys for Defendant
                                     BEAZLEY INSURANCE COMPANY, INC.

Dated:  December 19, 2023        PASICH LLP


                                 By       */s/ Daria Clecicov*
                                     MIKAELA C. GALLAGHER-WHITMAN
                                     DARIA CLECICOV
                                     Attorneys for Plaintiff
                                     EMPOWER FINANCE, INC.

**ORDER**

This matter comes before the Court on the parties' Stipulation and Request to Extend Beazley's Deadline to Respond to Plaintiff's Complaint. The Stipulation and request is hereby **GRANTED**.

The Court hereby orders as follows:

The deadline for Beazley to file a response to plaintiff's complaint shall be extended from December 20, 2023 to January 26, 2024.

**IT IS SO ORDERED.**

DATED: December 20, 2023

_____
HONORABLE LISA J. CISNEROS
Magistrate Judge for the United States District Court, Northern District of California